trict of Texas, Houston, TX, for Plaintiff–Appellee.

David B. Adler, Bellaire, TX, for Defendant–Appellant.

Trevin Nelson, Adelanto, CA, pro se.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Trevin Nelson has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Nelson has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

UNITED STATES of America, Plaintiff–Appellee,

v.

Raul AGUERO–ROJAS, Defendant–Appellant.

Nos. 04–10751, 04–10753.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 14, 2005.

Susan B. Cowger, Tamara Lynn Reno, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, Raul Aguero–Rojas, Federal Correctional Institution, Beaumont–Medium, Beaumont, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

The Federal Public Defender (FPD) appointed to represent Raul Aguero–Rojas (Aguero) has requested leave to withdraw and has filed briefs as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Aguero was noti-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

fied of the FPD's motion and has not filed a response. Our independent review of the briefs and the record discloses no non-frivolous issues for appeal. Accordingly, the FPD's motion for leave to withdraw is GRANTED, the FPD is excused from further responsibilities, and Aguero's appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.